**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:20-MJ-⎣ |
| | ) (Misdemeanor) |
| RONALD D. BURNETT | ) VA 19 |
| | ) |
| | ) Court Date: January 24, 2020 |
| | ) Time: 8:30 a.m. |

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor) Ticket No. 7247322

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 16, 2020, at Fort Eustis, Virginia on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, and the Eastern District of Virginia, RONALD D. BURNETT, did knowingly and unlawfully operate a motor vehicle while under the influence of alcohol, while his blood alcohol content level was greater than .15 grams per 210 liters of breath, but less than .20 grams per 210 liters of breath, to wit: while his blood alcohol content level was .16 grams per 210 liters of breath. (In violation of Title 18, United States Code, Sections 7 & 13, assimilating Code of Virginia, Sections 18.2-266 and 270(A)).

### COUNT TWO
(Traffic Infraction) – Ticket No. 7247323

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about January 16, 2020, at Fort Eustis, Virginia on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, and the Eastern District of Virginia, RONALD D. BURNETT, did fail to operate his motor vehicle only in the direction designated for one-way traffic.  (In violation of Title 32, Code of Federal Regulations, Section 634.25 assimilating Code of Virginia, Section 46.2-806.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone:  (757) 878-2205, ext 234
Fax:  (757) 878-5289
stacey.n.jacovetti.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on _Jan 21_, 2020, I served a true copy of the foregoing CRIMINAL

INFORMATION on the defendant RONALD D. BURNETT.

By: _____

STACEY N. JACOVETTI
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-2205, ext 234
Fax: (757) 878-5289
stacey.n.jacovetti.mil@mail.mil